United States Bankruptcy Court
District of Massachusetts

In Re:  Case No: 11-10242
 Chapter 11

Karen M True and Richard C True

Debtor

Karen M True and Richard C True

Plaintiff

v.  Adv. Proc. No. 11-1096

Bank of Canton

Defendant

### ORDER OF DISMISSAL

This Adversary Proceeding relates to case number 11-10242 which was dismissed on 4/12/2011.

Accordingly, it is ORDERED that this proceeding be, and hereby is, dismissed for lack of jurisdiction.

By the Court,

_____
U.S. Bankruptcy Judge

Date: 4/25/2011